UNITED STATES DISTRICT COURT
THE NORTHERN DISTRICT OF NEW YORK

---

**KAREN BURKE**,

    VS.

                                    CIVIL NO. **1:04-CV-0075 (LEK/RFT)**

**A. NEAL GREGORY, M.D. and UPPER HUDSON VALLEY DERMATOLOGY**

---

### JUDGMENT DISMISSING ACTION BY REASON OF SETTLEMENT

This Court has been advised by counsel that this action has been settled, or is in the process of being settled.  Counsel of record have also advised this Court that no infant or incompetent is a party to this action. Accordingly, pursuant to N.D.N.Y.L.R. 68.2 (a), it is hereby

    **ORDERED** that**:**

    1) The above captioned case is **DISMISSED**, in its entirety, **without prejudice** to re-opening, upon the filing of a motion to reopen said action. The motion must be filed within **30 days** of the date of the signing of this order. Notification by any party to the Court, that the settlement was not consummated, shall be presented in writing;

    2) The dismissal of the above action shall be considered **with prejudice** on the 31 day, after the date of the signing of this order, if a motion to re-open the case is not filed by the 30 day after the above referenced signing date.

    3) Upon the completion of settlement, the attorneys of record are directed to exchange general releases and to **FILE** a Stipulation of Discontinuance with the Court; and

    4) The Clerk shall serve, by regular mail, copies of this Judgment upon the attorneys for the parties appearing in this action.

    **IT IS SO ORDERED.**

December 19, 2005

                                              _____
                                              Lawrence E. Kahn
                                              U.S. District Judge